FILED
Aug 13    05 PM '14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ARNOLD LEE COPELAND,<br><br>  Defendant. | Case No.   2:14-mj-0536-NJK<br><br>ORDER TO SEAL COMPLAINT |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this __13th__ day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE