1   RENE L. VALLADARES
Federal Public Defender
2   State Bar No. 11479
RAQUEL LAZO
3   Assistant Federal Public Defender
State Bar No. 8540
4   411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
5   (702) 388-6577/Phone
(702) 388-6261/Fax
6

7   Attorneys for Arnold Lee Copeland

8

9                 UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11                       * * *

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | 2:14-cr-289-JCM-NJK |
| 13          Plaintiff, | **STIPULATION TO CONTINUE** |
| 14  vs. | **SENTENCING HEARING** |
| 15  ARNOLD LEE COPELAND, | (First Request) |
| 16          Defendant. | |

18     IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United

19  States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United

20  States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant

21  Federal Public Defender, counsel for ARNOLD LEE COPELAND, that the sentencing hearing

22  currently scheduled for Thursday, June 11, 2015 at the hour of 10:00 a.m., be vacated and set to a

23  date and time convenient to this Court but no earlier than two (2) weeks.

24     This Stipulation is entered into for the following reasons:

25     1.     Defense counsel requires additional time to consult with her client regarding the

26  presentence investigation report and sentencing memorandum.

27     2.     The defendant is incarcerated and agrees to the continuance in this matter.

28     3.     The parties agree to the continuance.

4. This is the first stipulation to continue filed herein.

DATED this 3rd day of June, 2015.

RENE L. VALLADARES                    DANIEL BOGDEN
Federal Public Defender               United States of Attorney

*/s/ Raquel Lazo*                     */s/ Lisa Cartier-Giroux*
By: _____          By: _____
RAQUEL LAZO,                          LISA CARTIER-GIROUX,
Assistant Federal Public Defender     Assistant United States Attorney

1                           UNITED STATES DISTRICT COURT

2                               DISTRICT OF NEVADA

3      UNITED STATES OF AMERICA,                    2:14-cr-289-JCM-NJK

4                    Plaintiff,                              **ORDER**

5      vs.

6      ARNOLD LEE COPELAND,

7                    Defendant.

8

9                                    **ORDER**

10          Based on the pending Stipulation of counsel, and god cause appearing,

11          IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for Thursday,

12     June 11, 2015, be vacated and continued to  Tuesday, June 30, 2015  at the hour of 10:00   a .m.

13          DATED  June 4, 2015.

14

15                                        _____

16                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28